CAUSE NO. _____

| | | |
|---|---|---|
| ANTONIO PATTERSON | * | IN THE COURT OF |
| V. | * | CRIMINAL APPEALS |
| THE STATE OF TEXAS | * | OF TEXAS |

RECEIVED IN
COURT OF CRIMINAL APPEAL
JUN 10 2015
Abel Acosta, Clerk

### PRO SE MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Comes now, the appellant / petitioner in the above styled and numbered cause and respectfully moves this honorable court to extend the time for filing the appellant's petition for discretionary review in this cause and in support thereof would show to the court the following:

1. The style and number of this case in the Court of Appeals is: Antonio Patterson V. The State of Texas, appeal no. 05-13-00450-CR

2. The style and number of the case in the trial court is: The State of Texas V. Antonio Patterson, cause no. F10-59304-K from the 4th District Court of Dallas County, Texas.

3. The appellant was convicted of the felony offense of aggravated robbery with a deadly weapon

4. Punishment was assessed at life imprisonment.

5. The conviction was affirmed in the Fifth Court of Appeals on May 19, 2015.

FILED IN
COURT OF CRIMINAL APPEALS
JUN 10 2015
Abel Acosta, Clerk

6. The deadline for filing the appellant's petition for discretionary review in this cause is June 18, 2015.

7. An extension of time period of ninety (90) days is requested that would make the due date August 17, 2015.

8. No prior request for an extension of time has been made.

9. The facts relied upon to show good cause for the extension are as follows: The appellant / petitioner was represented by court appointed counsel during appeal of this case. The court has refused to appoint counsel to file a petition for discretionary review. Therefore, additional time is needed for the appellant to either prepare and file the petition Pro-se, or seek legal assistance in the filing of the petition.

Wherefore, Premises Considered, the appellant / petitioner respectfully request that this Honorable Court extend time for filing the petition for discretionary review in this cause to August 17, 2015.

Respectfully Submitted,

Antonio Patterson, Pro-se
TDCJ No. 1850883
Telford Unit
3899 State Hwy 98
New Boston, Texas 75570

## Unsworn Declaration

I Antonio Patterson, TDCJ No. 1850883, being presently incarcerated at the Barry Telford Unit, TDCJ-ID at Bowie County, Texas, verify and declare under penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge.

Executed on this 2nd day of June 2015.

Antonio Patterson, Pro-se

## Certificate of Service

The appellant / petitioner hereby certifies that a true and correct copy of the foregoing motion has been mailed to the office of the State Prosecuting Attorney and mailed via U.S. Mail at P.O. Box 12405 Capitol Station, Austin, Texas. 78711 on the 2nd day of June 2015.

Antonio Patterson, Pro Se